UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SARAH DIXON,
        Plaintiff

V.

DECA FINANCIAL SERVICES, LLC,
        Defendant

CIVIL ACTION

NO. 1:14-10693-FDS

PROCEDURAL ORDER OF DISMISSAL

SAYLOR, D. J.

In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

The above-entitled action is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.

    4/11/2014  
      Date

/s/ F. Dennis Saylor, IV  
United States District Judge